# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NAGY ZAKY ABDALLA
AKA JOHN NAGY HANNA, et. al.,
         PLANTIFFS,

vs.                                        Case : 99-cv-01888-24A

MR. LUCIFER, in his individual
and official capacity as God of
the Jewish People aka Satan aka
Devil, et. al.,
         DEFENDANTS.

_____/

This motion/petition/application has
been duly considered and is hereby
___Denied___ this _11_
day of _October_ 19 _99_

_Sue C. Buck___
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

## PLAINTIFFS' MOTION TO THE COURT
## FOR SANCTION/COURT ORDER

**TO:** UNITED STATES DISTRICT JUDGE SUSAN C. BUCKLEW

     This motion is submitted to this court by Mr. Nagy Z.
Abdalla, Mrs. Paulette Hanna (his wife) and Mr. Shannon K.
Hanna (their son), plaintiffs, pro se, in the above numbered
Federal Civil Action, pursuant to rule 10,11(a),(b)(1)(2)(3)
and other rules, of the Federal Rules of Civil Procedure.

## FACTS

     The undersigned plaintiffs furnish this court with the
following facts,
     (1) On August 19, 1999 the above mentioned plaintiffs and
others have filed this Civil Federal Action against three
                    Page(1) of seven

SCANNED

hundred and sixty two defendants pursuant to **42 U.S.C.1983, 42U.S.C.1985,28U.S.C.2202** seeking declatory, injunction and other relief, as detailed within the complaint and named as **RACIST RELIGIOUS CONSPIRACY.**

(2) Mr. Tom Petit, Principal, Ms. Linda Mcpheron, Assistant Principal and International Baccalaureate Coordinator, at St. Petersburg High School, located at 2501 Fifth Avenue North, St. Petersburg, Florida 33713, and Mr. John Bowen, Pinellas County Schools Board Attorney, Administration Building, 301 Fourth Street S.W., Largo, Florida 33770-2942, in which all were named as defendants in this Federal Civil Action, and have received their copies of the complaint and summons. Attached as EXH. one pro.

(3) Mr. Shannon Hanna has been a student in the International Baccalaureate program at St. Petersburg High School, since August 1996, and is currently in his senior year.

(4) Some of the St. Petersburg High School Administrators, including Mr. Tom Petit and Ms. Linda McPheron, have been requesting, since last school year (1998-1999) that every student in St. Petersburg High School be issued and wear a photo I.D. card, while on school campus without declaring any reason for such a policy.

(5) The request for students to wear a student I.D. card is not a requirement, a policy, or a mandatory rule by Pinellas County School Board, nor does such a request have any significant or logical reason.

(6) The student I.D. card policy is not for safety or security purposes because it is not used by all Pinellas County Public Schools.

(7) The issuing of a student I.D. card and/or the displaying of such card is not dictated, stated nor mandated in the Pinellas County School's, Code of Student Conduct 1997-2000. EXH. two attached copy of the complete index of Pinellas County Schools Code of Student Conduct 1997-2000.

(8) Mr. Shannon Hanna has never been issued nor did he request to be issued any photo I.D. card from St. Petersburg

Linda McPheron and Mr. John Bowen have illegally and with
full knowledge, worked in full cooperation to ;

(1) threaten, intimidate, harass, etc. Mr. Shannon Hanna
during school hours and on school campus.

(2) Apply as much stress and anxiety towards Mr. Shannon
Hanna in order to effect his ability to learn and/or concentrate
on his school work and so to fail his Senior year.

(3) Effect Mr. Shannon Hanna's health in order to destroy
his education, and deprive him from his I.B. Diploma.

(4) Suspend Mr. Shannon Hanna as much as possible in order
to destroy grades and so his education and deprive him of his
I.B. Diploma and prevent him from graduation.

(5) Create a very stressfull and most uncomfortable
situation for Mr. Shannon Hanna in order for any problem to
arise so that Mr. Shannon will be arrested by the school
resource officer Mr. Kraig Corry, who is also named a defendant
in this matter.

(6) Create situations which violate their duties as
school staff members who should "strive to create a positive,
safe environment that encourages and supports student success",
pursuant to PHILOSOPHY OF DISCIPLINE (preface) Pinellas
County Code of Student Conduct 1997-2000. Attached a copy as
EXH. Five.

(7) Discuss this Federal Civil suit with one of the plaintiffs
who is a minor, outside the normal legal procedure and without
the presence of his parents or his legal advisor.

(8) Use their positions to deprive the plaintiff/s of
their constitutional right to petition the government for a
redress of grievances, pursuant to the First Amendment of the
United States Constitution, by using Mr. Shannon Hanna's
education and future as a tool to threaten, intimidate and
blackmail the plaintiffs and force them to drop their
Constitutional rights. Please review Exh. four, especially Mr.
John Bowen's correspondence dated September 17, 1999 to Mr. and
Mrs. John Hanna, which states " PLEASE BE ADVISED THAT IF YOU
PURSUE THIS MATTER WE WILL SEEK RULE 11 SANCTIONS UNDER THE FEDERAL

RULES OF CIVIL PROCEDURE" which is an obvious and direct illegal threat to the plaintiffs.

## RELIEF SOUGHT

We the under signed plaintiffs, Mr. Nagy Z. Abdalla, Mrs. Paulette Hanna, and Mr. Shannon Hanna request this court to issue a sanction/court order enforcing the following

(1) All faculty, staff and/or administrators of Pinellas County Schools to immediately stop and cease any harassment, retaliation, blackmailing, threats, annoyment, etc. against not only Mr. Shannon Hanna but also the rest of the plaintiffs in this Federal Civil Action.

(2) That Mr. Shannon Hanna will be allowed to pursue his public education at his current position as an International Baccalaureate student at St. Petersburg High School, pursuant to his Constitutional Educational Rights as a Citizen of the United States of America.

(3) That Mr. Shannon Hanna will be allowed on campus without obtaining,displaying,wearing, etc. an I.D. card, and be allowed to attend all classes, exams and all school activities in order to have an equal opportunity to graduate and obtain his International Baccalaureate Diploma.

(4) That Mr. Shannon Hanna's record be cleared from any wrongdoing, and the suspension day be removed from his record.

(5) That any defendant in this Federal Civil Action who wishes to meet with Mr. Shannon Hanna must obtain Mr. Shannon Hanna's parent/s written permission and agree to their conditions, before doing so.

(6) That any defendant in this Federal Civil action shall not discuss/negotiate, etc. this Federal Civil Action with Mr. Shannon Hanna without his parents presence.

(7) That every school staff member shall strive to create a positive, safe environment that encourages and supports Mr. Shannon Hanna's success, pursuant to the Preface of Philosophy of Discipline of the 1997-2000 Pinellas County Code of Student

Page (5) of seven

Conduct.

(8) That no school staff member will apply any unnecessary stressful condition,situation etc. against Mr.Shannon Hanna.

(9) That Mr. Shannon Hanna be allowed a reasonable amount of time to make up his school work for the time he was absent from school because of health problems which arised from Mr. Tom Petit's and Ms. Linda McPheron's harassment, abuse, retaliation,intimidation, etc. against Shannon Hanna.

(10) That any other penalty which the court deems appropriate to be applied to Mr. Tom Petit, Ms. Linda McPheron and Mr. John Bowen, for their illegal and inappropriate behavior towards Mr. Shannon Hanna.

(11) Allowing Mr. Shannon Hanna's parents to fully preform their duties as parents to a student in the International Baccalaureate Program, including but not limited to attending all meetings, conferences, etc.

## JURISDICTION

This court has full jurisdiction over this matter pursuant to the Federal Rule Of Civil Procedure.

## CERTIFICATE OF SERVICE

We certify that a copy of this instrument is furnished to Mr. Tom Petit, Ms. Linda Mcpharen at St. Petersburg High school and Mr. John Bowen at the Pinellas County School Administration Building on October 4th , 1999.

Submitted by,

Mr. Nagy Z. Abdalla        Mrs. Paulette Hanna      Mr. Shannon Hanna
1101 54th Street north St. petersburg, FL 33710
Telephone, Fax (727) 321 3825

List  of Exh. Attached ;

(1) Two pages, receipts of insured mail, with signatures and
    dates, as proof of receiving the complaint and the summons,
    serviced to Mr. Tom Petit, Ms. Linda Mcpheron  and Mr. John
    Bowen.

(2) One page, the front cover and three pages of the complete
    index of Pinellas County Schools 1997-2000 Code of the Student
    Conduct. Total of four pages.

(3) One page, the plaintiff/s' letter to some of St. Petersburg
    High School Personnel dated January 15, 1999, and eight pages
    confirmation receipts.One page, the plaintiff/s' letter to
    some of St. Petersburg high school Staff, dated September 3,
    1999, and one page confirmation receipts. Two pages, the
    plaintiff/s' letter to some of St. Petersburg High school
    Staff dated September 10, 1999 and one page confirmation
    receipts. Two pages, the plaintiff/s' letter to some of St.
    Petersburg High School staff dated September 14, 1999, and
    three pages confirmation receipts. Four pages, the plaintiff/s'
    legal notice to some of St. petersburg High School Staff
    dated september 15, 1999, and four pages confirmation receipts.
    total of twenty seven pages in this Exh.

(4) Three pages, Mr. John Bowen, Pinellas County Schools Board
    attorney (defendant) dated September 10, 1999 addressed to
    Mr. John Hanna (plaintiff), and one page, Mr. John Bowen
    letter addressed to Mr. and Mrs. John Hanna dated
    September 17, 1999. Total of four pages in this exh.

(5) One page copy of the PREFACE PHILOSOPHY OF DISCIPLINE of the
    Pinellas County Schools Code of Student Conduct 1997-2000.

(6) Two pages, notice of suspension Mr. Shannon Hanna from St.
    Petersburg High school. Total of two pages.

TOTAL OF THE COPIES OF DOCUMENTS ARE FORTY PAGES IN THESE SIX
EXH. WITHOUT THE COVER SHEETS.

**EXH. (1)**

Submitted by plaintiff/s

Two pages, receipts of insured mail, with signatures
as proof of receiving the complaint and the summons,
serviced to Mr. Tom Petit, Ms. Linda Mcpheron  and
Mr. John Bowen.

Total of two pages.

V-603 161 630

**Receipt for Insured Mail**
(Domestic or International)

UNITED STATES POSTAL SERVICE™

Sent To (24) names at Pinellas County School Administration

Street & No. 301 4th Street S.W.

PO, State, & ZIP Code
Largo, FL 33770    33770

| Postage | Airmail ☐ | $ | $18.00 |
|---|---|---|---|
| Insurance Coverage $240.00 | Fee | | $3.70 |
| Special Handling | | | $0.00 |
| Domes-tic Only | Special Delivery | | $0.00 |
| | Restricted Delivery | | $0.00 |
| | Return Receipt (Except Canada) | | $1.25 |
| ☐ Fragile ☐ Liquid | ☐ Perishable | Total $ | $22.95 |

Postmark Here

Postmaster (by)

If Your Article is Lost or Damaged, See Instructions on the Reverse. SAVE THIS RECEIPT UNTIL ARTICLE IS ACCOUNTED FOR

PS Form 3813-P, September 1991

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: MS Andrea Thacker, MS Corinne Freeman, MS. Barbara Crockett, MS. Susan Latvala, MS. Linda Lerner, Mr. Howard Hinesley, Mr. John Bowen, Mr. Lee Benjamin, MS. Lucile Casey, MS. Jane Gallucci, Mr. Jack Lamb, MS Catherine Pledger, MS. Marion Plichcinski, Mr. Lewis Williams, Mr. William Grey, MS Susan Baily, MS. Bette Ivey, Mr. Arlington Nunn, MS. Rebecca Morris, Mr. Ralph Baily, Mr. Juan Lopez, MS. Deborah Stone, McSwith Quellos, P.C. Education Foundation c/o John Bowen P.C. School Administration 301 4th Street S.W. Largo, FL 33770

2. Article Number (Copy from service label) V-603 161 630

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery 9-14-99

C. Signature
X _____ ☑ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☑ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

V-832 184 101

**United States Postal Service**

## Receipt for Insured Mail
*(Domestic or International)*

Sent To
St. Pete. H.S.

Street & No.
2501    5ᵗʰ Ave. N.

PO, State, & ZIP Code
St. Pete. FL 33713

| | | |
|---|---|---|
| Postage | Airmail | $6.70 |
| Insurance Coverage $51.00 | Fee | $1.80 |
| Special Handling | | $0.00 |
| Domestic Only | Special Delivery | $0.00 |
| | Restricted Delivery | $0.00 |
| | Return Receipt (Except Canada) | $1.25 |
| ☐ Fragile  ☐ Liquid  ☐ Perishable | Total | $9.75 |
| Postmark | Postmaster (by) | |

PS Form 3813-P, September 1991

---

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    B. Date of Delivery |
| | C. Signature<br>X  Marilyn Zipp    ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:  MR. Tom Petit, MR. Tom Proctor, MR. Don Driskell, Dr. Linda McPherin.<br>St. Petersburg, High School<br>2501 5ᵗʰ Ave. North<br>St. Petersburg, Fl 33713 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)*    V-832 184 101 | |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-99-M-1789 |

**Exh. (2)**

Submitted by plaintiff/s

One page, the front cover and three pages of the complete index of Pinellas County Schools 1997-2000 Code of the Student Conduct.

Total of four pages.

# 1997-2000 (Revised June 15, 1999)

**PINELLAS COUNTY SCHOOLS**

**LARGO, FLORIDA**

# Code
# of
# Student
# Conduct

## AUGUST 1999

# J. HOWARD HINESLEY, ED.D.

## SUPERINTENDENT

# INDEX

| | |
|---|---|
| ABC Rooms | 12,14,15 |
| Absence | iii,1,4,5,6,7 |
| Academic cheating | iii,7 |
| Administrative investigation | 2,3 |
| Administrative review | 6 |
| Alcohol | iii,iv,,9,10 |
| Alternative disciplinary placement | 10,13,16 |
| Alternative program | 10,13,16 |
| Appeals | |
| Attendance(see Administrative review) | 6 |
| Bus discipline | 14 |
| Suspension, regular | 17 |
| Suspension, linked to reassignment | 13 |
| Transfer | 13 |
| Expulsion | 18 |
| Animals | 11 |
| Armed Forces | 6 |
| Armed robbery | 10,11 |
| Arson | iv,8 |
| Arrest of student | ,2,3 |
| Assault | 7 |
| Attendance | iii,iv,1,4,5,6,7 |
| Elementary School | 1,4,5 |
| Middle School | 1,4,5 |
| High School | 1,4,5,6,7 |
| Bandanas | 4 |
| Battery | 7,10 |
| Beepers | 7 |
| Behavior advisory | 13 |
| Blackmail | 11 |
| Block scheduling | 6 |
| Bombs | iii,10,14 |
| Bomb threat | iii,10,14 |
| Bus conduct | 11,12 |
| Bus discipline | 11,12,14 |
| Bus expulsion | 14 |
| Bus suspension | 14,15,17 |

| | |
|---|---|
| Catalyst | 13 |
| Cellular phones | 7,11 |
| Certificate of illness | 4,6 |
| Chains | 7 |
| Change of address | 1 |
| Cheating | iii,7 |
| Chronic Illness | 6 |
| Chronic misconduct | 8 |
| Child abuse | 3 |
| Citation | 8 |
| Clubs | 7 |
| Coercion | 8 |
| College visitation days | 6 |
| Community service | 2 |
| Computer records | 7 |
| Computer tampering | 7 |
| Concealed weapon | 10 |
| Custody issues | 1,2 |
| Death in the family | 4 |
| Defiance | 8 |
| Demonstrations | 2,8 |
| Destruction of property | iv,1,2,8 |
| Detention | 12 |
| Directory information | ii |
| Disability | 16,17 |
| Disciplinary reassignment | iii,iv,13,16 |
| Discipline review | 16,17 |
| Divorce/separation | 1 |
| Documentation | 1,4,6,7 |
| Dress code | 1,3 |
| Drug/Alcohol Assessment | 9,10 |
| Drugs | iii,iv,2,4,9,10, |
| Drug paraphernalia | iii,8 |
| Due process | iv,17,18 |

Electronic devices                              7
Emergency numbers                          1,4
Exceptional students/discipline of        iv,16
Excessive absences                          4,5,6
Excused absences                            4,5
Excused tardies                             4,5
Explosives                                      7
Expulsion            iii,iv,2,7,9,10,13,14,16,18
Extended high school enrollment            7
Extended illness                                6
Extortion                                       8

Facsimile weapon                               7
False alarms                                  iv,10
Falsify identity                                8
Falsify records                               7,8
Felony charge                                iv,10,11
Felony conviction                             11
Fighting                                        7
Fines                                           8
Firearm                                       7,10,14
Fraternities                                    2

Gambling                                        8
Gang related symbols                         4
Grading and the attendance policy         iii,5,6
Grievance procedure                         18,19
Guns .                                       iv,8,10,14

Hairstyles                                      4
Harassment                                    vii
Hats                                            4
Hazardous materials                           8
Hearings                                      17,18
HIGHLIGHTS                                   iii
Hospitalization                                 6
Illness                                         4,5
In-school suspension                         12,16
Insubordination                                 8
Interrogation by police                       2,3

Intervention center                        6,12,16
Intimidation                                    8

Juvenile Services Program                    13

Knives                                          7
Knuckles                                        7

Late entries                                   ix
Leaving school grounds,
    without permission                        8
Lewd and lascivious act                      10
Locker                                          2
Lost materials                                  2

Mace                                            7
Make up work                                  5,6
Major disaster                                  5
Major illness                                  4,6
Mandatory expulsion recommendation  iv,10
Mandatory penalties                         iv,8,9,10

Non-resident parent                           1
Non-school related publications             viii
Notice of Right to reveiw records            ii
Notice of suspension                         17
Office of the State Attorney                  5
Other serious misconduct                      8
Out-of-school suspension   8,11-14,15,16-18
Pagers                                        7,11
Parental responsibility                      iii,1,2
Parental trips                                  4
Pepper spray                                    7
Personal alarm systems                        7
Petition                                        2
Philosophy                                      v
Police interrogation                          2,3
Prescription                                    9
Procedural Safeguards                        16
Profanity                                      4,8
Protective custody                            3

| | |
|---|---|
| Radios | 7,11 |
| Rape | 10 |
| Reassignment | 9,10,13 |
| Reentry | 9 |
| Release orders | 3 |
| Religious holidays | 4 |
| Religious workshops | 4 |
| Removal from class | 15 |
| Removal from school | 3 |
| Rights of students | 2,3 |
| Robbery | 7,11 |
| ROTC | 10 |
| Saturday School | 14,15 |
| School Resource Officers | 8 |
| Search and seizure | 2 |
| Second recommendation for expulsion or reassignment | iv,13 |
| Serious misconduct | 7 |
| Sexual activity | 8 |
| Sexual harassment | vi,8 |
| Sexual misconduct | 8,11 |
| Sexually suggestive phrases | vi,8 |
| Shadowing by parent | 12 |
| Shoes | 3 |
| Smoking | iv,8 |
| Sororities | 2 |
| Standardized dress | .13 |
| Stealing | 7 |
| Student Bill of Rights | ix |
| Student rights | 2,3 |
| Subpoenas | 2,3 |
| Sunglasses | 4 |
| Suspension | iii,iv,11-14,15,16-18 |
| Tape players | 7,11 |
| Tardy policies | 5,6 |
| Tattoo | 3 |
| Tear gas | 7 |
| Telephone numbers | 1,4 |
| Televisions | 7,11 |
| Theft | 7 |
| Threats (written or oral) | 8 |
| Tobacco | iv,4,8 |
| Transfer | 13 |
| Trespassing | 8 |
| Truancy | 4,5 |
| Truancy Intervention Program | 5 |
| Unexcused absence | 4,5 |
| Unprovoked violence | 10 |
| Urban League | 13 |
| Vandalism | iii,2,8,11,12 |
| Verbal abuse | 8 |
| Violence | iv,4,8,10,14 |
| Violent acts | 10,11,14 |
| Waiver | 6 |
| Warning | 14 |
| Weapons | 2,7 |
| Work detail/assignments | 12,15 |

**EXH. (3)**

Submitted by plaintiff/s

One page, the plaintiff/s' letter to some of St. Petersburg
High School Personnel dated January 15, 1999, and eight pages
confirmation receipts.One page, the plaintiff/s' letter to
some of St. Petersburg high school Staff, dated September 3,
1999, and one page confirmation receipts. Two pages, the
plaintiff/s' letter to some of St. Petersburg High school
Staff dated September 10, 1999 and one page confirmation
receipts. Two pages, the plaintiff/s' letter to some of St.
Petersburg High School staff dated September 14, 1999, and
three pages confirmation receipts. Four pages, the plaintiff/s'
legal notice to some of St. petersburg High School Staff
dated september 15, 1999, and four pages confirmation receipts.

Total of twenty seven pages in this Exh.

Tom Petit,
Linda McPheron,
Officer Corry and all school
administrators, faculty and personnel,
St. Petersburg High School,
St. Petersburg, FL

January 15, 1999

To all the above mentioned:

We are aware that St. Petersburg High School administrators,
faculty and other school personnel have been demanding, since
before Christmas vacation, that all St. Petersburg High
School students have their pictures taken in the school in
order to be issued school identification.

The students have been told that they will be required to
wear the student I.D. around their necks by January 19, 1999,
whenever on campus. The students have also been threatened
that if they do not wear the school I.D. that they will not
be able to obtain hall passes to use the school restroom
facilities during classes, obtain books from or use the media
center, or buy their lunches from the school cafeteria, etc.,
etc.

The above mentioned is inhumane treatment against the
students of St. Petersburg High School and against the United
States Constitution, also a conspiracy against the students
in order to plot criminal activities against any student
who asks for their educational rights.

We do not agree for Shannon Hanna to be issued a student I.D.
and we hereby advise all the above mentioned to not solicit
Shannon Hanna regarding this matter, or commit any further
criminal activity against him.

This is also a reminder, to all the above mentioned, that
Shannon's grades have not been corrected, are still being
tampered with, and he was misinformed by the I.B. office
concerning his cumulative G.P.A. and his exam waiver
application dated December 17, 1998.

We hereby demand for all the above mentioned criminal
activity to stop.

The Hanna Family

c: Campus Police,
   Joe Feracca
   Pinellas County School Board

```
***********************************************************************
*
*                    TRANSACTION REPORT
*                                              JAN-19-99 11:49 AM
*
*        FOR: The Hanna Family            7273213825
*  _____
*
*    SEND
*
*   DATE    START     RECEIVER          PAGES    TIME    NOTE
*  _____
*
*   JAN-19 11:48 AM 8931399                1      50"   OK
*  _____
*
***********************************************************************
```

letter dated           Tom Petit
Jan 15, 1999        St. Pete High          (819) area code
      re:                                   misdirected to:

Goliath Davis

```
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
+
+                    TRANSACTION REPORT
+                                              JAN-15-99 10:28 AM
+        FOR: The Hanna Family            7273213825
+  _____
+
+    SEND
+
+   DATE    START     RECEIVER          PAGES    TIME    NOTE
+  _____
+
+   JAN-15 10:27 AM 8925040                1      51"   OK
+  _____
+
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
```

St. Pete Police

```
+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
+
+                    TRANSACTION REPORT
+                                              JAN-15-99 10:30 AM
+        FOR: The Hanna Family            7273213825
+  _____
+
+    SEND
+
+   DATE    START     RECEIVER          PAGES    TIME    NOTE
+  _____
+
+   JAN-15 10:29 AM 892307                 1      52"   OK
+  _____
```

*Police Dept  St·Pete*

```
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*
+                                                                 *
*                                                                 *
*                      TRANSACTION REPORT                         *
*                                          JAN-13-99 12:27 PM     *
*          FOR: The Hanna Family          7273213825              *
+                                                                 *
*  ─────────────────────────────────────────────────────────     *
*                                                                 *
*   SEND                                                          *
+                                                                 *
*                                                                 *
+  DATE   START     RECEIVER            PAGES     TIME    NOTE     *
*  ─────────────────────────────────────────────────────────     *
*                                                                 *
+  JAN-18 12:26 PM 8925099               1        54"   OK        *
*  ─────────────────────────────────────────────────────────     *
*                                                                 *
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+
```

*To: Officer Corry*
*Copy of Letter dated Jan 15. 1999*

*misdirected to (819)     ST·Pete High*

```
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+
+                                                                 *
*                                                                 *
*                      TRANSACTION REPORT                         *
*                                          JAN-18-99 12:29 PM     *
*          FOR: The Hanna Family          7273213825              *
+                                                                 *
*  ─────────────────────────────────────────────────────────     *
*                                                                 *
*   SEND                                                          *
+                                                                 *
*                                                                 *
+  DATE   START     RECEIVER            PAGES     TIME    NOTE     *
*  ─────────────────────────────────────────────────────────     *
+  JAN-18 12:28 PM 8931399               1        50"   OK        *
*  ─────────────────────────────────────────────────────────     *
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+
```

*ST·Pete High*

```
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+
*                                                                 *
*                                                                 *
*                      TRANSACTION REPORT                         *
*                                          JAN-18-99 12:31 PM     *
*          FOR: The Hanna Family          7273213825              *
+                                                                 *
*  ─────────────────────────────────────────────────────────     *
*                                                                 *
*   SEND                                                          *
*                                                                 *
*  DATE   START     RECEIVER            PAGES     TIME    NOTE     *
*  ─────────────────────────────────────────────────────────     *
+  JAN-18 12:30 PM 8931852               1        55"   OK        *
*                                                                 *
*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+*+
```

*Linda Mcpheron*

```
*************************************************************
*                                                          *
*                    TRANSACTION REPORT                    *
*                                        JAN-15-99 10:07 AM *
*        FOR: The Hanna Family        7273213875            *
*  _____ *
*     SEND                                                 *
*                                                          *
*  DATE   START   RECEIVER              PAGES   TIME   NOTE *
*  _____ *
*  JAN-15 10:06 AM 8941852               1       49"   OK   *
*  _____ *
*                                                          *
*************************************************************
```

*Tom Petit*

```
*************************************************************
*                                                          *
*                    TRANSACTION REPORT                    *
*                                        JAN-15-99 10:08 AM *
*        FOR: The Hanna Family        7273213825            *
*  _____ *
*     SEND                                                 *
*                                                          *
*  DATE   START   RECEIVER              PAGES   TIME   NOTE *
*  _____ *
*  JAN-15 10:07 AM 8931399               1       49"   OK   *
*  _____ *
*                                                          *
*************************************************************
```

*Pinellas County School Board*

```
**************************************************************

*         TRANSACTION REPORT
*                                      JAN-15-99 10:10 AM
*    FOR: The Hanno Family        7273213825
*    ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
*    SEND
*
*   DATE   START    RECEIVER         PAGES    TIME    NOTE
*   ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
*   JAN-15 10:09 AM 5806477           1       48"    OK      ✓
*
**************************************************************

*         TRANSACTION REPORT
*                                      JAN-15-99 10:14 AM
*    FOR: The Hanno Family        7273213825
```

| DATE | START | RECEIVER | PAGES | TIME | NOTE |
|------|-------|----------|-------|------|------|
| JAN-15 | 13 AM | 5451399 | 0 | **'**" | CANCEL |

```
**************************************************************
```

*Joe Feracca*

```
**************************************************************

*         TRANSACTION REPORT
*                                      JAN-15-99 10:15 AM
*    FOR: The Hanno Family        7273213825
*    ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
*    SEND
*
*   DATE   START    RECEIVER         PAGES    TIME    NOTE
*   ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
*   JAN-15 10:14 AM 5456505           1       51"    OK      ✓
*
**************************************************************
```

Linda mcpheron    Correction to "99"

```
***********************************************************************
*
*                        TRANSACTION REPORT
*                                                    JAN-15-99 10:44 AM
*           FOR: The Honno Family          7273216825
* _____
*
*     SEND
*
*   DATE   START    RECEIVER              PAGES    TIME    NOTE
* _____
*
*  JAN-15 10:43 AM 8931852                  1       49"   OK
*
* _____
***********************************************************************
```

Correction to "99"    tom petit

```
***********************************************************************
*
*                        TRANSACTION REPORT
*                                                    JAN-15-99 10:45 AM
*           FOR: The Honno Family          7273216825
* _____
*
*     SEND
*
*   DATE   START    RECEIVER              PAGES    TIME    NOTE
* _____
*
*  JAN-15 10:44 AM 8931299                  1       49"   OK
*
* _____
***********************************************************************
```

*Correction to "99" Pinellas County School Board*

```
*********************************************************************
*                                                                   *
*                       TRANSACTION REPORT                          *
*                                          JAN-15-99 10:47 AM       *
*          FOR: The House Family         7273215825                 *
*  ---------------------------------------------------------------  *
*     SEND                                                          *
*                                                                   *
*   DATE   START    RECEIVER         PAGES    TIME    NOTE          *
*  ---------------------------------------------------------------  *
*   JAN-15 10:46 AM 5886477            1       49"    OK            *
*                                                                   *
*********************************************************************
```

```
*********************************************************************
*                                                                   *
*                       TRANSACTION REPORT                          *
*                                          JAN-15-99 10:49 AM       *
*          FOR: The House Family         7273213825                 *
*  ---------------------------------------------------------------  *
*     SEND                                                          *
*                                                                   *
*   DATE   START    RECEIVER         PAGES    TIME    NOTE          *
*  ---------------------------------------------------------------  *
*   JAN-15 10:49 AM 5456505            0      **'**"  CANCEL        *
*                                                                   *
*********************************************************************
```

*Correction to "99", Goliath Davis*

```
******************************************************************

*            TRANSACTION REPORT
*                                        JAN-15-99 10:50 AM
*        FOR: The Hanno Family        7273213825
* ─────────────────────────────────────────────────────────
*   SEND
*
*  DATE   START    RECEIVER          PAGES     TIME    NOTE
* ─────────────────────────────────────────────────────────
*  JAN-15 10:49 AM 8925040             1        48"    OK
* ─────────────────────────────────────────────────────────
******************************************************************
```

*Correction to "99"  Goliath Davis*

```
******************************************************************

*            TRANSACTION REPORT
*                                        JAN-15-99 10:52 AM
*        FOR: The Hanno Family        7273213825
* ─────────────────────────────────────────────────────────
*   SEND
*
*  DATE   START    RECEIVER          PAGES     TIME    NOTE
* ─────────────────────────────────────────────────────────
*  JAN-15 10:51 AM 8925049             1        50"    OK
* ─────────────────────────────────────────────────────────
******************************************************************
```

*Correction to "99"    Joe Feracca*

```
******************************************************************

*            TRANSACTION REPORT
*                                        JAN-15-99 10:53 AM
*        FOR: The Hanno Family        7273213825
* ─────────────────────────────────────────────────────────
*   SEND
*
*  DATE   START    RECEIVER          PAGES     TIME    NOTE
* ─────────────────────────────────────────────────────────
*  JAN-15 10:52 AM 5456505             1        49"    OK
* ─────────────────────────────────────────────────────────
******************************************************************
```

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                            *
*                    TRANSACTION REPORT                                      *
*                                              JAN-19-99 11:44 AM            *
*           FOR: The Hanna Family           7273213825                       *
*  ─────────────────────────────────────────────────────────────────────    *
*     SEND                                                                    *
*                                                                            *
*   DATE    START     RECEIVER              PAGES      TIME     NOTE          *
*  ─────────────────────────────────────────────────────────────────────    *
*   JAN-19  11:42 AM  8931852                 3        2'05"    OK            *
*                                                                            *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

TO:
St. Pete High School IB office
Letter dated Jan. 15, 99 (Rei IB)

Petit
Mepheron
Corry

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                            *
*                    TRANSACTION REPORT                                      *
*                                              JAN-19-99 11:46 AM            *
*           FOR: The Hanna Family           7273213825                       *
*  ─────────────────────────────────────────────────────────────────────    *
*     SEND                                                                    *
*                                                                            *
*   DATE    START     RECEIVER              PAGES      TIME     NOTE          *
*  ─────────────────────────────────────────────────────────────────────    *
*   JAN-19  11:45 AM  5456505                 1         49"     OK            *
*                                                                            *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

Copy to Joe Feracca
Campus Police

Pinellas, County School Board

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*                                                                            *
*                    TRANSACTION REPORT                                      *
*                                              JAN-19-99 11:40 AM            *
*           FOR: The Hanna Family           7273213825                       *
*  ─────────────────────────────────────────────────────────────────────    *
*     SEND                                                                    *
*                                                                            *
*   DATE    START     RECEIVER              PAGES      TIME     NOTE          *
*  ─────────────────────────────────────────────────────────────────────    *
*   JAN-19  11:47 AM  5886477                 1         50"     OK            *
```

*The Hanna Family*
*1101 54th St. N., St. Petersburg, FL 33710*

September 3, 1999

**Re :** Student Identification.


Mr. Tom Petit, Principal
Ms. Murphy, Teacher,
Ms. Royak, Teacher,
Ms. Marshman, Teacher,
Mr. Minchey, Teacher,
Mr. Bohrer, Teacher,
Ms. Tuthill, Teacher,
Dr. Adkins, Teacher
Ms. Riel, Assistant Principal,
Dr. Linda McPheron, I.B. Coordinator,
All St. Petersburg High School Personnel, and
Mr. Kraig Corry, School Resource officer
At St. petersburg High School, St. petersburg, Florida.


To all the above mentioned:

Please be advised that Shannon Hanna has not nor will he request issuance of any school I.D. card nor will he wear any.

There is no rule in the Pinellas County student code of conduct mandateing issuance or wearing of an I.D. card at any time.

Shannon Hanna will maintain his normal activities in St. Petrsburg High School as a student, including but not limited to attending all his classes, using the Media Center, etc.

At this time we must direct your attention to all of our previous correspondence to St. Petersburg H.S., Pinellas County School Administration, and the Pinellas County 1997-2000 Code Of Student conduct 4.01 (2)(a)(b), also our Federal Civil Action 99-1888 in the United States District Court in Tampa, Florida.

Any person who violates Shannon Hanna's student rights, orcauses any interference with his education shall be viewed as a participant in this **RACIST RELIGIOUS CONSPIRACY** being conducted against our family. Their actions shall be viewed as an attempt to interfere with a Federal Civil Lawsuit, and he/she shall be designated as a defendant in the above mentioned case number by supplementation.

Mr. John Hanna

```
*******************************************************************
*
*                    TRANSACTION REPORT
*                                        SEP-03-99 01:28 PM
*          FOR: The Hanna Family          7273213825
*  _____
*
*    SEND
*
*   DATE   START     RECEIVER              PAGES     TIME     NOTE
*  _____
*  SEP-03 01:27 PM 8931399                  1        51"     OK
*
*******************************************************************
```

ST Petersburg H.S.          Re. I.D.
Tom Petit
Linda McPherm

```
*******************************************************************
*
*                    TRANSACTION REPORT
*                                        SEP-03-99 01:30 PM
*          FOR: The Hanna Family          7273213825
*  _____
*
*    SEND
*
*   DATE   START     RECEIVER              PAGES     TIME     NOTE
*  _____
*  SEP-03 01:29 PM 8931852                  1        50"     OK
*
*******************************************************************
```



*The Hanna Family*
*1101 54th St. N., St. Petersburg, FL 33710*

Mr. Tom Petit (principal)
Ms. Carolyne Nelson (I.B. Counselor)
Dr. Linda McPheron (I.B. Coordinator)
Ms. Strubbe (Librarian)
St. Petersburg High School
5th Ave. North, St. Petersburg, Florida

September 10, 1999

**Re :** The harassment and retaliation against Shannon Hanna by
all the above mentioned.

        On September 9, 1999 at approximately 11:10a.m., during
Shannon Hanna's third period class , Shannon Hanna received
a pass from I.B. counselor Ms. Carolyne Nelson. This pass,
with Ms. Nelson's signature on it, informed Shannon to go to
"Mr. Petit's office" yet also said to report to the guidance
office. Shannon decided to go to Ms. Nelson's office since
the Hanna Family currently has a lawsuit pending against Mr.
Petit. When Shannon arrived at Ms. Nelson's office Ms.
Nelson's secretary informed him that Ms. Nelson and Mr. Petit
are in Mr. Petit's office and that he should go there,
however, Shannon explained that he has a legal matter pending
against Mr. Petit and that it would be inappropriate to have
any contact with with Mr. Petit. Therefore Ms. Nelson's
secretary  offered to go to Mr. Petit's office to tell Mr.
Petit and Ms. Nelson that Shannon was waiting for them in
the Guidance office. After waiting approximately ten minutes
Ms. Nelson and Mr. Petit entered the Guidance office and Ms.
Nelson informed Shannon that she needed to speak with him
regarding his college applications. When Shannon informed
Ms. Nelson that it was inappropriate for Mr. Petit to be
present, Ms. Nelson informed Shannon that because of letters
that she received from the Hanna Family, she needs Mr. Petit
to be present during this meeting. Shannon then asked Ms.
Nelson why he wasn't given information about colleges last
year as all of the other juniors received and Ms. Nelson
replied that because Shannon's parents were not allowed on
campus, they were not allowed to attend the college
information meeting last year. Shannon then stated to Ms.
Nelson that unless there was any other way that we could
hold this meeting, without Mr. Petit, that he would not be
able to have this meeting with her.

Shannon then left to go back to his fourth period class after
Ms. Nelson refused to hand him his collage package.

Later that day, at approximately 12:30p.m., Shannon was
told to leave the media center, by Librarian Ms. Strubbe,
because he was not wearing an I.D. badge. When Shannon
informed Ms. Strubbe that Dr. McPheron informed all of
his teachers that he would not be punished for refusing
to wear an I.D. badge, Ms. Strubbe said that she had not
received anything regarding that so Shannon would still have
to leave the media center until she received a copy of that
information.

This to advise all the above mentioned that tampering
with Shannon's safety, welfare, education and his legal rights
by attempting to coerce him into a meeting with Mr. Petit
who is a defendant in Federal Civil Lawsuit 99-1888 CIV-T in
which shannon Hanna is a plaintiff, and without the presence
of his parents or his legal advisors is a very obvious attempt
to interfere with the above mentioned lawsuit.

You are hereby notified to immediately cease and stop
all the above mentioned and any other attempts, retaliations,
harassment etc. against Shannon Hanna, furthermore a copy of
this notice will be filed in the above mentioned legal action.

Sincerely,

John Hanna

```
***********************************************************
*                                                         *
*                 TRANSACTION  REPORT                     *
*                                    SEP-10-99 07:09 AM   *
*          FOR: The Hanna Family        7273213825        *
* ------------------------------------------------------- *
*    SEND                                                  *
*                                                          *
*  DATE   START     RECEIVER          PAGES   TIME   NOTE  *
* ------------------------------------------------------- *
*  SEP-10 07:07 AM 8931399              2     2'06"  Ok    *
* ------------------------------------------------------- *
***********************************************************
```

ST. Petersburg H.S.
Tom Pettit
re. harassment & retaliation

```
***********************************************************
*                                                         *
*                 TRANSACTION  REPORT                     *
*                                    SEP-10-99 07:11 AM   *
*          FOR: The Hanna Family        7273213825        *
* ------------------------------------------------------- *
*    SEND                                                  *
*                                                          *
*  DATE   START     RECEIVER          PAGES   TIME   NOTE  *
* ------------------------------------------------------- *
*  SEP-10 07:10 AM 8931852              2     1'29"  Ok    *
* ------------------------------------------------------- *
***********************************************************
```

I.B. office

School office

```
***********************************************************
*                                                         *
*                 TRANSACTION  REPORT                     *
*                                    SEP-10-99 12:06 PM   *
*          FOR: The Hanna Family        7273213825        *
* ------------------------------------------------------- *
*    SEND                                                  *
```

Mr. Tom Petit (principal), Ms. Carolyn Nelson
(I.B. Counselor), Ms. Linda McPheron (I.B. Coordinator), Ms.
Strubbe (librarian), Officer K. Corry (school resource
officer), Teachers, Ms. Murphy, Ms. Royak, Ms. Marshman, Mr.
Minchey, Mr. Bohrer, Ms. Tuthill, Dr. Adkins, Mr. Proctor,
and all other school personnel
St. Petersburg High School,
St Petersburg, FL

September 14, 1999

**RE**: The continued harassment by St. Petersburg High School
personnel in order to force Shannon Hanna to agree to be
issued a student I.D. card.

    This is in response to the continued harassment against
Shannon Hanna, which occurred on September 10, 1999. This
harassment was committed by Ms. Linda McPheron, who did, on
several occasions interrupt Shannon Hanna's education in St.
Petersburg High School by doing the following:

1) Ms. McPheron sent a note to Shannon during his first
period class informing him to come to the I.B. office, when
he refused, his teacher, Ms. Murphy had to phone Ms. McPheron
and then relay the message to Shannon,

2) Ms. McPheron attempted to talk with Shannon, during his
third period class, by sitting in a student desk behind his
seat and also misinformed him regarding our pending lawsuit
against her and several others while attempting to discuss
our lawsuit with him, and

3) during Shannon's fourth period class Ms. McPheron shoved a
note onto Shannon's desk while he was reading Macbeth with
the class.

    Ms. McPheron did all of the above after our notice,
dated September 10, 1999 and previous correspondence, which
we sent to all school  personnel, regarding the student
I.D. She did this in order to force Shannon to agree to be
issued a student I.D. card and/or to create a problem for
Shannon to be arrested.

    In accordance with our previous correspondence to St.
Petersburg High School personnel, we do not agree for
Shannon Hanna to be issued a student I.D. card. Furthermore,
by Shannon not wearing a student I.D. card, which we have
clearly not agreed for him to be issued, Shannon will not
violate any school regulation or requirement.

    This is to inform all of the above mentioned that
because of this continued campaign of harassment against
Shannon he has been suffering from numerous health problems
which forced him to see our family physician on September 13,
1999, who stated that Shannon was under a lot of stress. Due
to Shannon's health problems he was not able to attend school
on September 13 or September 14, 1999.

We hereby refer all the above mentioned to the Student Code of Conduct (1999-2000), Preface -Philosophy of Discipline (page V), which clearly states the following "Education is to be provided in a manner that does not discriminate or cause harassment on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, disability, sexual orientation, or social and family background".

We hereby recommend, advise, and demand that this continued campaign of harassment against Shannon stop and for him to be able to continue his education without any further harassment and/or interruptions to his education by any of the above mentioned.

Please conduct yourselves accordingly,

Paulette Hanna                          C. Howard Hinesley

```
************************************************************
*                                                          
*                    TRANSACTION  REPORT                   
*                                          SEP-14-99 08:48 PM
*         FOR: The Hanna Family          7273213825        
*   _____
*    SEND                                                  
*                                                          
*    DATE   START     RECEIVER              PAGES    TIME    NOTE
*   _____
*  SEP-14 08:46 PM 5886200                   2      1'26"   OK
*   _____
************************************************************
```

*Howard Hinesley*
*Pinellas County School Superintendent*

*Copy of to H.S. per P.H.*
*Letter to H.S.*
*St. Pete 9-14-99*
*dated*
*re I.D. card*

```
*****************************************************************
*                                                               *
*                    TRANSACTION REPORT                         *
*                                          SEP-15-99 11:39 AM   *
*          FOR: The Hanna Family         7273213825            *
*        _____        *
*   SEND                                                        *
*                                                               *
*  DATE   START      RECEIVER          PAGES     TIME    NOTE   *
*                                                               *
*  SEP-15 11:37 AM 8931852               2      1'29"   OK     *
*        _____        *
*****************************************************************
```

*ST. Peter*
*H.S*
*ms. mcpheron*        *H. Hinesley*

*Because of a power failure at*
*aprox. 4:30 Am on Sept 15,99*
*our correspondence of 9-14-99*
*was resent per P.H.*

```
*****************************************************************
*                                                               *
*                    TRANSACTION REPORT                         *
*                                          SEP-15-99 11:41 AM   *
*          FOR: The Hanna Family         7273213825            *
*        _____        *
*   SEND                                                        *
*                                                               *
*  DATE   START      RECEIVER          PAGES     TIME    NOTE   *
*                                                               *
*  SEP-15 11:39 AM 5886200               2      1'30"   OK     *
*        _____        *
*****************************************************************
```

```
*    SEND
*
*   DATE    START      RECEIVER              PAGES      TIME     NOTE
*
*  SEP-14  04:45 PM  8931399                   2       2'02"    OK
*
****************************************************************************
```

*Tom Petit —*
*Linda mcphern H.S.*
*ST-Pete Schl personnel*

```
****************************************************************************
*
*                    TRANSACTION REPORT
*                                              SEP-14-99 04:50 PM
*          FOR: The Hanna Family          7273213825
*
*    SEND
*
*   DATE    START      RECEIVER              PAGES      TIME     NOTE
*
*  SEP-14  04:48 PM  8931852                   2       1'28"    OK
*
****************************************************************************
```

```
****************************************************************************
*
*                    TRANSACTION REPORT
*                                              SEP-14-99 04:52 PM
*          FOR: The Hanna Family          7273213825
*
*    SEND
*
*   DATE    START      RECEIVER              PAGES      TIME     NOTE
*
*  SEP-14  04:51 PM  8931853                   2       1'25"    OK
*
****************************************************************************
```



*The Hanna Family*
*1101 54th St. N., St. Petersburg, FL 33710*

Mr. Tom Petit (principal)
Ms. Carolyn Nelson (I.B. Counselor)
Dr. Linda McPheron (I.B. Coordinator)
Ms. Strubbe (Librarian)
Mr. K. Corry (School Resource Officer)
(Teachers) Ms. Murphy, Ms. Royak, Ms. Marshman, Mr. Minchey,
Mr. Proctor, Mr. Bohrer, and Ms. Tuthill and
All school personnel,
St. Petersburg High School
5th Ave. North, St. Petersburg, Florida

September 15, 1999.


RE: International Baccalaureate student Shannon Hanna's
    education

**LEGAL NOTICE**

To all the above mentioned;

   We regret to inform you that due to recent threats,
harassment and intimidation by members of Pinellas County
School personnel including, but not limited to, St.
Petersburg High School faculty, Dr. Linda McPheron, Mr. Tom
Petit, and Ms. Carolyn Nelson, and a school photographer,
which are listed as follows;

   (1) On September 9, 1999, around 4th period, Ms. Nelson
       coerced Shannon to meet with Mr. Petit without the
       presence of Shannon's parents or his legal advisor/s,
       even though Ms. Nelson is aware that Shannon is a
       minor and that the presence of his parents is required.
       Ms. Nelson was, at the time, and still is, aware of the
       federal lawsuit that the Hanna family has against Mr.
       Petit.

   (2) During the same time Ms. Nelson refused to hand Shannon
       his college information, stating that if they were to
       have the meeting she would give Shannon the college
       information. She refused to give Shannon the information
       even though the other students received the same papers
       during the 1998-99 school year.

   (3) On September 10, 1999, during third period, Dr. Linda
       McPheron came to Shannon's class and sat in a student
       desk behind him and interrupted Shannon's studying by
       continually talking to Shannon even after he informed

2

her that it is highly improper for him to communicate with her without the presence of his parents because of the federal civil action (case number 99-1888 Civ-T) in which he is a plaintiff and she is a defendant.

(4) During the same time mentioned in incident number (3) Dr. Linda McPheron attempted to discuss the above case with Shannon without the presence of his parents or legal advisor/s.

(5) Dr. McPheron, later that day, came to Shannon's fourth period class and placed a folded piece of paper on Shannon's desk while Shannon was doing his class work, even after Shannon informed her to mail any correspondence to his parents, and did not take that piece of paper. This act distracted Shannon and interrupted his class work.

(6) During Shannon's second period class, on September 10, 1999, a photographer entered the class and began taking pictures of students and also attempted to take a picture of Shannon without his or his parents' consent.


All of the above mentioned harassment, distractions, intimidation, etc. are all acts of retaliation by school personnel on school campus against Shannon Hanna as part of the **RACIST RELIGIOUS CONSPIRACY** against the Hanna Family in order to interfere with his education and endanger his safety and well being by creating unnecessary problems, hoping to get Shannon arrested and destroy his I.B. education. These activities by St. Petersburg High School personnel are direct violations to the Code of Student Conduct-Philosophy of Discipline (Preface page V) which states "Every school staff member will strive to create a positive, safe environment that encourages and supports student success".


Because of the above mentioned school personnel's activities and several other activities, which are not mentioned within, Shannon has experienced severe health problems including migraine headaches, chest pain, severe heart pounding, high blood pressure, nausea, severe heartburn, dizziness, and a lack of energy, all of which are symptoms of excessive stress, as stated by our family physician. Due to these health problems, which are being caused by the harassment that he has been subject to for the past week, Shannon has received low grades on a number of tests and quizzes and has been unable to learn or even think about the material that he is studying.

**THEREFORE, ANY AND ALL STRESSFUL SITUATIONS OR UNNECESSARY PRESSURES ON SHANNON WILL INCREASE THE SEVERITY OF THE ABOVE MENTIONED MEDICAL CONDITIONS AND MAY ENDANGER HIS LIFE AND MUST BE AVOIDED AT ALL COST.**

3

The harassment and threats we have received regarding Shannon's refusal to obtain and wear a school I.D. card have become so severe that we now fear for Shannon's safety while in St. Petersburg High School. This is the reason why we must demand an assurance by all the above mentioned school personnel that Shannon will not be harassed, intimidated, threatened, harmed, etc.

Certain St. Petersburg High School faculty members and Pinellas County School personnel have failed, willingly and with full knowledge, to "create a positive and safe environment that encourages and supports student success" (page V, Code of Student Conduct Philosophy of Discipline) and continues to do so. These activities have deprived Shannon from his Constitutional Education Rights without the Due Process Of The Law.The Code Of the Student Conduct for 1999 states on page (V) Preface, Philosophy Of Discipline "THE SCHOOL BOARD FURTHER RECOGNIZES THAT STUDENTS ARE PROTECTED AND HAVE CERTAIN RIGHTS EXTENDED TO CITIZENS UNDER THE UNITED STATES CONSTITUTION AND ITS AMENDMENT; AND THAT THESE RIGHTS CANNOT BE ABRIDGED EXCEPT IN ACCORDANCE WITH THE DUE PROCESS OF LAW."

Shannon shall complete the International Baccalaureate program at St. Petersburg  High School and shall receive his I.B. diploma which he has been working towards for over three years now. Shannon should not and will not be prevented from completing his education because of any political corruption, so named as a RACIST RELIGIOUS CONSPIRACY, against our family in the the school system by those participants in it who discriminate against our beliefs and been targeting our family for years including our children. Shannon will not wear or obtain a school I.D. no matter how much we are threatened or intimidated, not because we are stubborn or rebellious, but for safety reasons, because we do not wish for some people, especially those participants of this RACIST RELIGIOUS CONSPIRACY, to be able to spot or target Shannon. As explained in the lawsuit filed by our family (case number: 99-1888-Civ-T-26A), we have been targeted by numerous individuals because of our beliefs, and at one point Shannon was close to death due to a murder attempt and, because of which, spent a number of  days in a coma in the intensive care unit in two hospitals.  We do not wish to go through, or to put our family through, such a tragic ordeal ever again. We, the Hanna Family, politically believe that displaying, wearing or obtaining an I.D. will mark Shannon as an easy target for those participants of this RACIST RELIGIOUS CONSPIRACY against our family. We must direct your attention to the Preface in the Code Of Student Conduct that states "Education is to be provided in a manner that does not discriminate or cause harassment on the basis of race, color, RELIGION, sex, age, national or ethnic origin, POLITICAL BELIEFS, marital status, disability, sexual orientation, or

4

social and family background". Therefore, no disciplinary action can be taken against Shannon because of his or his family's political beliefs or religion.

Everyone has a right to feel safe in school, a right to have an education and a right to believe what they wish to believe, and these are some of the students' rights by the United States Constitution

We must warn you at this time that there are several individuals, who are participants in this **RACIST RELIGIOUS CONSPIRACY** against our family and who are also defendant/s in the above mentioned federal lawsuit, who are circulating a fabricated document, related to the same, in order to gain political support for their crimes and politically maintain their positions, in order to retaliate against our family. Therefore we must ask you to conduct yourselves according to the United States Constitution and the Federal Rules Of Civil Procedure.

Failure to do so may cause lost of certain rights, liberty an/or property.

Sincerely

John Hanna

```
*********************************************************************
*                                                                   *
*                   TRANSACTION REPORT                              *
*                                              SEP-15-99 03:50 PM   *
*            FOR: The Hanna Family          7273213825              *
*                                                                   *
*    SEND                                                            *
*                                                                   *
*  DATE    START     RECEIVER              PAGES     TIME    NOTE    *
*                                                                   *
*  SEP-15 03:47 PM 5886202                   4      2'20"   OK       *
*                                                                   *
*********************************************************************
```

*Legal notice*
*per J.H.*

*Administration Building*
*P.C. School*

*MR. Tom Petit    St Pete H.S*

```
*********************************************************************
*                                                                   *
*                   TRANSACTION REPORT                              *
*                                              SEP-15-99 03:54 PM   *
*            FOR: The Hanna Family          7273213825              *
*                                                                   *
*    SEND                                                            *
*                                                                   *
*  DATE    START     RECEIVER              PAGES     TIME    NOTE    *
*                                                                   *
*  SEP-15 03:50 PM 8931399                   4      2'57"   OK       *
*                                                                   *
*********************************************************************
```

*Approved Service*
*Administration*
*P. C. School*

```
******************************************************************
*                                                                *
*                     TRANSACTION REPORT                         *
*                                          SEP-15-99 03:37 PM     *
*          FOR: The Hanna Family        7273213825               *
* _____ *
*    SEND                                                         *
*                                                                *
*  DATE  START     RECEIVER          PAGES     TIME    NOTE       *
* _____ *
*  SEP-15 03:33 PM 5886477             4      2'56"   OK          *
* _____ *
*                                                                *
******************************************************************
```

*Legal*
*Notice*
*per J.H.*

*Administration/School Board*
*P. C. School          P. County*

*Tom Petit   St. Pete H.S.*

```
******************************************************************
*                                                                *
*                     TRANSACTION REPORT                         *
*                                          SEP-15-99 03:38 PM     *
*          FOR: The Hanna Family        7273213825               *
* _____ *
*    SEND                                                         *
*                                                                *
*  DATE  START     RECEIVER          PAGES     TIME    NOTE       *
* _____ *
*  SEP-15 03:38 PM 8931399             0      **'**"   CANCEL     *
* _____ *
*                                                                *
******************************************************************
```

```
*********************************************************************
*                                                                 *
*                    TRANSACTION  REPORT                          *
*                                              SEP-15-99 03:42 PM  *
*         FOR: The Hanna Family           7273213825              *
*  _____       *
*   SEND                                                          *
*                                                                 *
*  DATE   START    RECEIVER          PAGES     TIME    NOTE        *
*                                                                 *
*  SEP-15 03:39 PM 8931853             4      2'57"   OK          *
*  _____       *
*********************************************************************
```

*school/Library    Showing (8931842) ST. Pete High*

*Legal Notice*
*per-J.H.*

```
*********************************************************************
*                                                                 *
*                    TRANSACTION  REPORT                          *
*                                              SEP-15-99 03:47 PM  *
*         FOR: The Hanna Family           7273213825              *
*  _____       *
*   SEND                                                          *
*                                                                 *
*  DATE   START    RECEIVER          PAGES     TIME    NOTE        *
*                                                                 *
*  SEP-15 03:47 PM 8931399             0      **'**"  BUSY        *
*  _____       *
*********************************************************************
```

```
********************************************************************
*
*                    TRANSACTION REPORT
*                                               SEP-15-99 03:29 PM
*        FOR: The Hanna Family           7273213825
* ─────────────────────────────────────────────────────────────
*    SEND
*
*   DATE   START     RECEIVER            PAGES     TIME    NOTE
* ─────────────────────────────────────────────────────────────
*   SEP-15 03:25 PM 8931852                4      2'59"   OK
*
* ─────────────────────────────────────────────────────────────
********************************************************************
```

*Linda mcpheran I.B*
*ST. Pete H.S.*

*Legal Notice dated 9-15-99*
*per J.H.*

*Howard Hinesley P.C.S.B.*

```
********************************************************************
*
*                    TRANSACTION REPORT
*                                               SEP-15-99 03:33 PM
*        FOR: The Hanna Family           7273213825
* ─────────────────────────────────────────────────────────────
*    SEND
*
*   DATE   START     RECEIVER            PAGES     TIME    NOTE
* ─────────────────────────────────────────────────────────────
*   SEP-15 03:30 PM 5886200                4      2'54"   OK
*
* ─────────────────────────────────────────────────────────────
********************************************************************
```

**EXH. (4)**

**Submitted by plaintiff/s**

**Four pages, (two letters) Mr. John Bowen, Pinellas County Schools Board attorney (defendant) dated September 10,17, 1999 addressed to the plaintiff/s.**

**Total of four pages**

**PINELLAS COUNTY SCHOOLS**

*Governor's Sterling Award Winner*

ADMINISTRATION BUILDING
301 Fourth Street S.W.
P.O. Box 2942
Largo, FL 33779-2942
(727) 586-1818
FAX (727) 588-6202

School Board of
Pinellas County,
Florida

Chairman
Lee Benjamin

Vice Chairman
Max R Gessner, Ph D

Nancy N Bostock
Jane Gallucci
Susan Latvala
Linda S Lerner
Thomas C Todd

Superintendent
J. Howard Hinesley, Ed D

September 10, 1999

Mr. John Hanna
1101 54th Street North
St. Petersburg, FL 33710

Re: Shannon Hanna

Dear Mr. Hanna:

I have been informed that your son, Shannon, apparently upon your advice, is refusing to comply with St. Petersburg High School's requirements that all students display a student i.d. card. Based upon your memorandum dated September 10, 1999, Shannon seems to be under the mistaken impression that his teachers have been informed that he will not be punished for refusing to display the i.d. card.

Shannon will be required to display an i.d. card just as any other student would. If he refuses to wear the card, he will be subject to the same discipline guidelines as any other student. Those discipline guidelines (which have previously been provided to you) are attached. As you can see, the first offense is that a lost i.d. card will be issued.

I understand that Shannon is at school without his student i.d. card. Today will be his first offense and he received a warning and was offered a lost i.d. card. If he shows up at school on Monday in first period without the i.d. card, he will be assigned a detention. He will be given a lost i.d. card and if he shows up for his second period without the lost i.d. card, he will be sent to the IC Room for the rest of the day for the third offense. If Shannon shows up Tuesday morning at first period without the i.d. card, he will be assigned Saturday school for the fourth offense. He will be given a lost i.d. card and if he shows up for second period without the card, he will be suspended for one day for the fifth offense. If there is a sixth offense, he will be suspended for three days and for the seventh offense he will be suspended five days. If there is another offense, he will be suspended for ten days and recommended for a disciplinary reassignment to an alternative program such as teleschool. Each period that he attends without his i.d. card will be considered a separate offense.

Pinellas County Schools is
an equal opportunity
institution for education
and employment

Mr. John Hanna
September 10, 1999
Page Two

I have also been informed that Shannon is refusing to talk to Dr. McPheron when he was referred to her for not wearing the student i.d. card. He is also refusing to talk to Mr. Petit because you apparently advised him that he should not do so since they are defendants in a federal lawsuit that you have filed against them and 360 other defendants seeking damages in the amount of 500 million dollars a day from May 12, 1982.

In your memorandum of September 10, 1999, you have instructed the school that attempting to have Shannon meet with Mr. Petit, the principal of the school, without the presence of his parents or legal advisors will be considered an "obvious attempt to interfere with the … lawsuit." Attached is a copy of the order.

You have obviously failed to tell Shannon that the court dismissed the lawsuit on August 25, 1999. Appropriately, the court found your lawsuit "to be wholly insubstantial and frivolous." In dismissing the suit, the court stated that your suit was "so patently lacking in merit as to be frivolous." The court directed the clerk to close the case. Simply stated, there is no federal court lawsuit with which we can interfere.

In addition to the discipline described above, Shannon may also be disciplined for defiance. As you can see from the attached discipline guidelines, the first offense for that is detention. Shannon was assigned detention today for his defiance. Any subsequent offense for defiance will result in the progressive discipline as indicated.

As you know, Shannon is in the International Baccalaureate program. It would be a shame to risk having him lose the opportunity to complete that program based upon some misguided idea that you have a federal court lawsuit that is pending. I urge you to reconsider your advice to your son and encourage him to comply with school regulations and to meet with school personnel as directed.

Mr. John Hanna
September 10, 1999
Page Three


If you have any questions concerning the above, please do not hesitate to contact me at 588-6219.

Sincerely,

John W. Bowen
School Board Attorney

JWB/smc
Enclosures
cc: Mr. Tom Petit
    Dr. Linda McPheron
    Mr. Bill Grey



**PINELLAS COUNTY
SCHOOLS**
*Governor's Sterling Award Winner*

ADMINISTRATION BUILDING
301 Fourth Street S W
P.O. Box 2942
Largo, FL  33779-2942
(727) 586-1818
FAX (727) 588-6202

September 17, 1999

School Board of
Pinellas County,
Florida

Chairman
Lee Benjamin

Vice Chairman
Max R. Gessner, Ph D

Nancy N Bostock
Jane Gallucci
Susan Latvala
Linda S Lerner
Thomas C. Todd

Superintendent
J Howard Hinesley, Ed D.

Mr. and Mrs. John Hanna
1101 54th Street North
St. Petersburg, FL 33710

Re:  Dismissed Lawsuit

Dear Mr. and Mrs. Hanna:

You have delivered by U.S. Mail to school district offices summonses and complaints for the following people who are not employed or affiliated with the school district:

Bette Ra Ivey, Lucile Casey, Jack Lamb, Andrea Thacker, Corinne Freeman, and Barbara Crockett

Since these individuals are not employed by or affiliated with the school district, we are returning the summonses and complaints to you as it is not our responsibility to serve them for you.

With respect to the other summonses and complaints mailed to the school district for current employees of the district, we have forwarded them to the respective individuals and advised them that since the Court has dismissed the complaint as frivolous, they do not need to respond in any manner.  We have also advised them that even if the case had not been dismissed by the Court, your attempted service by mail was ineffective and the complaint should be ignored.

Please be advised that if you pursue this matter we will seek Rule 11 sanctions under the Federal Rules of Civil Procedure.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Sincerely,

John W. Bowen
School Board Attorney

Pinellas County Schools is
an equal opportunity
institution for education
and employment

**EXH. (5)**

**Submitted by plaintiff/s**

**One page copy of the PREFACE PHILOSOPHY OF DISCIPLINE of the Pinellas County Schools Code of Student Conduct 1997-2000.**

**Total of one page**

# *PREFACE*

## PHILOSOPHY OF DISCIPLINE

The primary goal of the Pinellas County Public School System is to ensure that each student achieves at the highest possible level. Education is to be provided in a manner that does not discriminate or cause harassment on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, disability, sexual orientation, or social and family background. In order for this to be accomplished:

- Every school staff member will strive to create a positive, safe environment that encourages and supports student success. Underlying causes for misbehavior will be explored, and when possible, positive redirection will occur and acceptable alternative behaviors will be taught. Such redirection may involve a collaborative effort of school, community and parents/guardians.

- It is the objective and policy of the School Board of Pinellas County to recognize, preserve and protect the individual rights of all students; and, at the same time, to encourage and enforce the exercise of these rights within the framework of an orderly and efficient school program. Within this framework, it is the duty of the School Board, the administrative staff, and the faculty of each school to prevent and to prohibit student conduct that becomes dangerous, disruptive or destructive, and therefore endangers the proper maintenance and function of the school program. Staff members are expected to model core value behaviors that site an example for students. It is expected that all disciplinary measures will be conducted in a manner that is respectful to the student and preserves that student's dignity wherever possible. It is the expectation that each student will behave in a manner that does not threaten, interfere with, or deprive other students of their right to an education and will accept responsibility for their behavior. An effective school environment must be safe and free from disruption.

- The School Board further recognizes that students are protected and have certain rights extended to citizens under the United States Constitution and its amendments; and that these rights cannot be abridged except in accordance with the due process of law. Therefore, in order to clarify the guidelines of student behavior in the schools and establish procedures to be followed, the *Code of Student Conduct* has been adopted by the School Board. The Code shall be mandatory and applied in a manner that is consistent with this philosophy of discipline. Individual schools may adopt additional regulations governing actions not covered by the Code, but such additional regulations may neither substitute for nor negate any Code provisions unless approved through the School Board waiver process. It is essential that all students, their parents/guardians, teachers, and administrators understand and abide by the *Code of Student Conduct.*

v

**EXH. (6)**

Submitted by the plaintiff/s

Two pages, notice of suspension Mr. Shannon Hanna
from St. Petersburg High school. Total of two pages.

Total of two pages

# St. Petersburg Senior High School

**A Nationally Recognized High School**
**"U.S. Department of Education's Secondary School Award Winner"**

**2501 FIFTH AVENUE NORTH**
**ST. PETERSBURG, FLORIDA 33713-6994**
**Telephone (727) 893-1842**

```
09/27/99
HANNA PAULETTE/JOHN
1101 54TH ST N

ST. PETERSBURG      FL 33710

STUDENT: HANNA          SHANNON
STUDENT ID: 5292026465 GRADE: 12   SCHOOL #: 2781

INFRACTION: DEFY/INSUBORTNT   CODE: 07   ADMINISTRATOR: MCPHERON, L G
NUMBER OF DAYS: 1             BEGINNING: 09/28/99

COMMENTS: 000
```

## NOTICE OF SUSPENSION

| DATE STUDENT MAY RETURN TO SCHOOL |
|---|
| 9-29-99 |

Dear Parent,

You are hereby notified that your child has been suspended from school. The number of days and the reason(s) for the suspension are contained in the Discipline Data listed above.

Your child has been given a hearing before an administrator, has been notified of the charges, and has been given an opportunity to respond to these charges by presenting his/her version of the matter.

      Other requirements of this suspension are:

        _____  1.  Parent conference with Principal/Assistant Principal/Director of School Operations.

        _____  2.  *Student enrollment in an alcohol or substance abuse program.*

If, after conferring with your child's Assistant Principal, you desire further clarification, you may request a conference with the Principal.

I must also inform you that, while your child is on suspension, he/she may not ride the school bus, be on the property of this or any other Pinellas County public school, or attend any school function or activity. Violation of this rule may be considered trespassing.

      Enrollment in S.A.T.S. may reduce Suspension days.          Sincerely,
      Please contact Mr. Bennett, 893-1842 ext. 104

                                          Principal

# St. Petersburg Senior High School

**A Nationally Recognized High School**
**"U.S. Department of Education's Secondary School Award Winner"**

**2501 FIFTH AVENUE NORTH**
**ST. PETERSBURG, FLORIDA 33713-6994**
**Telephone (727) 893-1842**

```
09/27/99
HANNA PAULETTE/JOHN
1101 54TH ST N

ST. PETERSBURG       FL 33710

STUDENT: HANNA              SHANNON
STUDENT ID: 5292026465 GRADE: 12   SCHOOL #: 3781

INFRACTION: DEFY/INSUBORTNT    CODE: 07   ADMINISTRATOR: MCPHERON, L G
NUMBER OF DAYS: 1              BEGINNING: 09/28/99

COMMENTS: 000
```

## NOTICE OF SUSPENSION

> DATE STUDENT MAY
> RETURN TO SCHOOL
> *9-29-99*

Dear Parent,

You are hereby notified that your child has been suspended from school. The number of days and the reason(s) for the suspension are contained in the Discipline Data listed above.

Your child has been given a hearing before an administrator, has been notified of the charges, and has been given an opportunity to respond to these charges by presenting his/her version of the matter.

Other requirements of this suspension are:

_____ 1. Parent conference with Principal/Assistant Principal/Director of School Operations.

_____ 2. Student enrollment in an alcohol or substance abuse program.

If, after conferring with your child's Assistant Principal, you desire further clarification, you may request a conference with the Principal.

I must also inform you that, while your child is on suspension, he/she may not ride the school bus, be on the property of this or any other Pinellas County public school, or attend any school function or activity. Violation of this rule may be considered trespassing.

Enrollment in S.A.T.S. may reduce Suspension days.
Please contact Mr. Bennett, 893-1842 ext. 104

Sincerely,

Principal

White - Parent          Yellow - School          Pink - School Operations